**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-00599-SBP

BAIZHUANG PAN,

     Petitioner,

v.

TODD BLANCHE,1 in his official capacity as Acting Attorney General of the United States;
GEORGE VALDEZ, in his official capacity as Field Office Director for the Colorado Field Office, U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLIN,2 in his official capacity as Secretary, U.S. Department of Homeland Security;
JUAN BALTAZAR, in his official capacity as Warden of the Aurora Contract Detention Facility,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of Magistrate Judge Susan Prose entered on April 8, 2026, [ECF No. 12] and June 9, 2026, [ECF No. 14], it is

ORDERED that the Petition for Writ of Habeas Corpus 28 U.S.C. § 2241. [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that, as the prevailing party, the petitioner is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 9th day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/  M. Smotts
_____

M. Smotts, Deputy Clerk